# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

March 6, 2008

Charles R. Fulbruge III
Clerk

No. 07-20650
Summary Calendar

---

ROBERT M DAVIDSON; VANESSA E KOMAR

                                       Plaintiffs-Appellants

v.

JAY GROSSMAN; EUDICE GROSSMAN; GAYLE F PETRILLO; CHARLES
OTT; JOANNE C WRAY; KENT J THIRY; JOSEPH C MELLO; MICHAEL J
MEEHAN; BRUCE R HEURLIN; ANTHONY P TARTAGLIA; DVA RENAL
HEALTHCARE, INC; ALBANY MEDICAL COLLEGE; VIVRA HOLDINGS,
INC; GAMBRO HEALTHCARE, INC; DAVITA, INC; SEPRACOR, INC

                                       Defendants-Appellees

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:07-CV-471

---

Before WIENER, GARZA, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

     AFFIRMED; all pending motions or requests by appellants are denied.

See Fifth Circuit Local Rule 47.6.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.